Send-O

FILED
CLERK, U.S. DISTRICT COURT

FEB - 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR 08-1392-MMM-1 |
|---|---|---|
| Plaintiff, | ) | ORDER OF REVOCATION/DETENTION IN BAIL REVOCATION/DETENTION PROCEEDINGS |
| v. | ) | |
| Kyung Ae Yu, | ) | (18 U.S.C. § 3148(b)) |
| Defendant. | ) | |

    Upon motion of the Government to detain defendant in connection with bail revocation/detention proceedings pursuant to 18 U.S.C. § 3148(b):

    A.    The Court finds:

        ( ) there is probable cause to believe that defendant has committed a federal, state, or local crime while on release;

        (✓) there is clear and convincing evidence that defendant has violated another condition of release;

    B.    The Court further finds:

        (✓) no condition or combination of conditions will reasonably assure the appearance of defendant as required;

```
 1        ( ) no condition or combination of conditions will
 2            reasonably assure the safety of any other person and
 3            the community;
 4        (✓) defendant is unlikely to abide by any condition or
 5            combination of conditions of release.
 6    C.  The Court has considered:
 7        (✓) the nature and circumstances of the offense(s) charged;
 8        (✓) the weight of the evidence against defendant;
 9        (✓) the history and characteristics of defendant;
10        (✓) the nature and seriousness of the danger to any person
11            or the community that would be posed by defendant's
12            release.
13    D.  The Court concludes:
14        ( ) Defendant poses a risk to the safety of other persons
15            and the community based on: _____
16            _____
17            _____
18            _____
19        (✓) Defendant poses a serious flight risk based on: _____
20            her history of failure to comply with court's
21            order and directives of Pretrial Services;
22            foreign ties; prior failure to appear; allegations of the
23        (✓) Defendant is unlikely to abide by any condition or
              provision of false identification to police and failure to advise
24            combination of conditions of release based on:   Pretrial of
                                                               subsequent
25            her history of failure to comply with arrest.
26            court's order and directives of Pretrial Services
27            _____
28
```

```
 1    E.   The Government ( ) is (✓) is not entitled to a rebuttable
 2         presumption that no condition or combination of conditions
 3         will assure that defendant will not pose a danger to the
 4         safety of any person or the community.
 5    F.   The Court finds:
 6         ( ) Defendant has not rebutted by sufficient evidence to
 7             the contrary the presumption provided in 18 U.S.C.
 8             § 3148(b) that no condition or combination of
 9             conditions will assure the safety of any other person
10             or the community;
11    IT IS ORDERED that defendant is detained and remanded to the
12 custody of the U.S. Marshal.
13    If defendant is awaiting trial, IT IS FURTHER ORDERED that
14 defendant be confined in a corrections facility separate, to the
15 extent practicable, from persons awaiting or serving sentences or
16 persons held in custody pending appeal.
17    IT IS FURTHER ORDERED that defendant be afforded reasonable
18 opportunity for private consultation with defendant's counsel.
19 DATED:    2/8/10
20                                    _____
                                      HONORABLE JACQUELINE CHOOLJIAN
21                                    United States Magistrate Judge
```